UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CHAD R. GOETZ,

        Plaintiff

Vs.

MIDLAND CREDIT MANAGEMENT, INC.

        Defendant.

Case No.: 5:21-cv-00333-GLS-ATB

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between *Pro se* Plaintiff, Chad R. Goetz ("Plaintiff") and counsel for Defendant, Midland Credit Management, Inc., that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that any and all claims by Plaintiff against Defendant in the above-captioned action are dismissed with prejudice. Each party shall bear its own costs and fees and/or attorney's fees.

Dated: July 22, 2021

_____
Chad R. Goetz
*Pro Se* Plaintiff
PO Box 12682
Tempe, AZ 85284

_____
Lori J. Quinn, Esq.
Gordon Rees Scully Mansukhani, LLP
One Battery Park Plaza, 28th Floor
New York, New York 10004
ljquinn@grsm.com
*Attorneys for Defendant, Midland Credit Management, Inc.*

SO ORDERED:

_____
United States District Court Judge

July 27, 2021
Albany, New York

1